691 A.2d 818

IN THE MATTER OF DONALD J. RINALDI,
AN ATTORNEY AT LAW.

April 25, 1997.

## ORDER

The Disciplinary Review Board on January 22, 1997, having filed with the Court its decision concluding that **DONALD J. RINALDI** of **NUTLEY,** who was admitted to the bar of this State in 1965, should be suspended from the practice of law for a period of three months for his violations of *RPC* 1.3 (lack of diligence); *RPC* 1.4 (failure to communicate); *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation); and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **DONALD J. RINALDI** is hereby suspended from the practice of law for a period of three months, effective May 16, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.